UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNSEALING ORDER** |
| v. | 25 Mag. 707 |
| COURTNEY ANTHONY BECKFORD,<br>a/k/a "Lifetime,"<br>a/k/a "Courtney Beckford"<br>a/k/a "Courtney A Beckford"<br>a/k/a "Courtney Anthoney Beckford,"<br>a/k/a "Giftus Johnson," | |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Carmi Schickler;

It is found that the Complaint in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, and it is therefore:

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    White Plains, New York
          March 26, 2026

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK